UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HILDA RAMOS VILLALPANDO

        Plaintiff(s),

    v.

AMERICAS SERVICING CO.

        Defendant(s).
_____/

No. C 07-05901

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: February 1, 2008

Signature /s/ Michael J. Steiner

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")