1  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
2  MAUREEN A. RODGERS (State Bar No. 245876)
   mar@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendant
7  AMERICA'S SERVICING COMPANY

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 | HILDA RAMOS VILLALPANDO, | Case No.: CV-07-5901 EMC |
|---|---|
13 | Plaintiff, | **AMERICA'S SERVICING COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
14 | vs. | |
15 | AMERICA'S SERVICING COMPANY, | |
16 | Defendants. | |

17

18      Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

19 persons, associations of persons, firms, partnerships, corporations (including parent

20 corporations) or other entities (i) have a financial interest in the subject matter in

21 controversy or in a party to the proceeding, or (ii) have a non-financial interest in

22 that subject matter or in a party that could be substantially affected by the outcome

23 of this proceeding:

24      America's Servicing Company is a division of Wells Fargo Bank, N.A.,

25 which is an indirect wholly-owned subsidiary of Wells Fargo & Co., a publicly-

26 held company whose shares are traded on the New York Stock Exchange under the

27 symbol "WFC."

28

| | |
|---|---|
| 1  DATED: February 1, 2008 | SEVERSON & WERSON |
| 2 | A Professional Corporation |

By: _____/S/_____
          Michael J. Steiner

Attorneys for Defendant
AMERICA'S SERVICING COMPANY

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

- 2 -

07725/0000/657242.1

ASC'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
Case No.: CV-07-5901 EMC