MICHAEL STEINER (State Bar No. 112079)
mjs@severson.com
MAUREEN A. RODGERS (State Bar No. 245876)
mar@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
America's Servicing Company, and
John Stumpf

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA RAMOS VILLALPANDO,<br><br>          Plaintiff,<br><br>     vs.<br><br>AMERICA'S SERVICING COMPANY, JOHN STUMPF, and DOES, ROES, and MOES 1-100 et al.,<br><br>          Defendants. | Case No.:  CV-07-5901 EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS OR ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT**<br><br>**Accompanying Documents:** Notice of Mtn.; Mem. of Pts. and Auth. In Support Thereof<br><br>Hearing Date: March 19, 2008<br>Time: 10:30 a.m.<br>Dept.: Courtroom C, 15th Floor<br>Magistrate: Edward Chen<br>Complaint Date:    Nov. 21, 2007<br><br>Trial Date:  None |

This Motion of defendants America's Servicing Company and John Stumpf, (hereafter, "defendants"), seeking a dismissal of the complaint in its entirety, or in the alternative to order plaintiff to file a more definite statement, having been duly noticed and served on all interested parties, came on regularly for hearing before this Court, the Honorable Magistrate Edward Chen presiding, at 10:30 a.m. on March 19, 2008.

All arguments, papers and evidence considered and good cause appearing, defendants' motion to dismiss the complaint in its entirety [OR] motion for a more definite statement is GRANTED.

07725/0083/657431.1    [Proposed] Order Granting Defendants' Motion to Dismiss or
Alternatively, Motion for a More Definite Statement

IT IS SO ORDERED.

DATED: _____     _____
                                                                    Honorable Edward Chen
                                                                    United States Magistrate

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS OR ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT**

on all interested parties in said case addressed as follows:

Hilda Ramos Villalpando
920-922 Newgate Way
Dixon, CA 95620-2412

*Plaintiff in pro per*

✕ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

¨ **(BY HAND)** By placing the documents in an envelope or package addressed to the persons listed above and providing them to a professional messenger service for delivery.

¨ **(BY FEDERAL EXPRESS)** By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for.

¨ **(BY EXPRESS MAIL)** By placing the above documents in the United States mail for Express Mail delivery at One Embarcadero Center, Suite 2600, San Francisco, CA 94111, in a sealed envelope addressed as above, with Express Mail postage thereon fully prepaid.

¨ **(BY FAX)** By use of facsimile machine telephone number (415) 956-0439, I faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on February 4, 2008.

/s/ *Marilyn Li*
Marilyn Li

- 3 -

07725/0083/657431.1   [Proposed] Order Granting Defendant's Motion to Dismiss or Alternatively, Motion for a More Definite Statement