MICHAEL STEINER (State Bar No. 112079)
mjs@severson.com
MAUREEN A. RODGERS (State Bar No. 245876)
mar@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
America's Servicing Company, and
John Stumpf

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HILDA RAMOS VILLALPANDO,<br><br>        Plaintiff,<br><br>    vs.<br><br>AMERICA'S SERVICING COMPANY, JOHN STUMPF, and DOES, ROES, and MOES 1-100 et al.,<br><br>        Defendants. | Case No.: CV-07-5901 SI<br><br>**DEFENDANTS' AMENDED NOTICE OF MOTION TO DISMISS OR ALTERNATIVELY MOTION FOR MORE DEFINITE STATEMENT**<br><br>Hearing Date: March 14, 2008<br>Time:   9:00 a.m.<br>Dept.:   Courtroom 10, 19th Floor<br>Judge:  Hon. Susan Illston<br><br>Trial Date: None<br>Complaint Date: Nov. 21, 2007 |

**TO PLAINTIFF:**

**PLEASE TAKE NOTICE** that on March 14, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 10, on the 19th Floor of the above entitled court, the Honorable Susan Illston presiding, located at 450 Golden Gate Avenue, San Francisco, California, defendants America's Servicing and John Stumpf will and hereby do move for an order dismissing the plaintiff's complaint with prejudice or, in the alternative, to order the plaintiff to file a more definite statement.

The motion is made pursuant to Federal Rules of Civil Procedure 12(b)(6), 8(e), and 12(e) on the grounds that:

**1**      • The complaint fails to state a claim against defendants upon which relief can be
**2** granted. Fed. R. Civ. P. 12(b)(6).
**3**      • The complaint fails to contain averments that are "simple, concise, and direct"
**4** Fed. R. Civ. P. 8(e).
**5**      • In the alternative only, the complaint is so vague and ambiguous that the Court
**6** should order the plaintiff to file a more definite statement. Fed. R. Civ. P. 12(e).
**7**      This motion is based upon this notice of motion, the previously filed motion and
**8** memorandum of points and authorities, the pleadings and records on file herein, and such other
**9** oral and written material as may be presented at the hearing of this motion.

DATED: February 5, 2008                SEVERSON & WERSON
                                       A Professional Corporation


                                       By:      /s/ Maureen A. Rodgers
                                                Maureen A. Rodgers

                                       Attorneys for Defendants
                                       America's Servicing Company and John Stumpf

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**DEFENDANTS' AMENDED NOTICE OF MOTION TO DISMISS OR ALTERNATIVELY MOTION FOR MORE DEFINITE STATEMENT**

on all interested parties in said case addressed as follows:

Hilda Ramos Villalpando
920-922 Newgate Way
Dixon, CA 95620-2412

*Plaintiff in pro per*

✕ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

¨ **(BY HAND)** By placing the documents in an envelope or package addressed to the persons listed above and providing them to a professional messenger service for delivery.

¨ **(BY FEDERAL EXPRESS)** By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for.

¨ **(BY EXPRESS MAIL)** By placing the above documents in the United States mail for Express Mail delivery at One Embarcadero Center, Suite 2600, San Francisco, CA 94111, in a sealed envelope addressed as above, with Express Mail postage thereon fully prepaid.

¨ **(BY FAX)** By use of facsimile machine telephone number (415) 956-0439, I faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on February 5, 2008.

/s/ *Marilyn Li*
Marilyn Li