**United States District Court**
For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    HILDA RAMOS VILLALPANDO,                    No. C 07-05901SI

5              Plaintiff,                        **NOTICE**

6    v.

7    AMERICAS SERVICING CO,

8              Defendant.
                                              /
9

10   To All Parties:

11   YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled
     to occur on Friday, April 4, 2008, at 2:00 p.m.  Please comply with the attached order when preparing
12   for the conference.

13

14

15

16

17

18

19

20   Dated: February 6, 2008                    RICHARD W. WIEKING, Clerk

21

22   _____

23   Tracy Sutton
     Deputy Clerk

24

25

26

27

28