MICHAEL STEINER (State Bar No. 112079)
mjs@severson.com
MAUREEN A. RODGERS (State Bar No. 245876)
mar@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
America's Servicing Company, and
John Stumpf

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| HILDA RAMOS VILLALPANDO,<br><br>    Plaintiff,<br><br>    vs.<br><br>AMERICA'S SERVICING COMPANY, JOHN STUMPF, and DOES, ROES, and MOES 1-100 et al.,<br><br>    Defendants. | Case No.: CV-07-5901 SI<br><br>**DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION TO DISMISS, OR ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT**<br><br>Hearing Date: March 14, 2008<br>Time:    9:00 a.m.<br>Dept.:    Courtroom 10, 19th Floor<br>Judge:   Hon. Susan Illston<br><br>Trial Date:  None<br>Complaint Date: Nov. 21, 2007 |

The motion of defendants America's Servicing Company and John Stumpf, (erroneously sued as "John Stumph"), seeking a dismissal of the complaint in its entirety, or in the alternative, to order plaintiff to file a more definite statement, is scheduled for hearing on March 14, 2008. Northern District of California Local Rule 7-3(a) requires that any opposition to such a motion be filed with the court and served at least 21 days before the hearing.  Accordingly, plaintiff's opposition was due no later than February 22, 2008.  As of today's date, defendants have received no opposition to its motion.

07725/0083/659824.2                                Defendants' Reply In Support of Its Mtn. to Dismiss or
                                                   Alternatively, Mtn. for  More Definite Statement

1  Although plaintiff failed to file an opposition, plaintiff faxed defendants a copy of the original complaint, entitled "Petition for Libel of Review of an Administrative Judgment,"[1] on February 26, 2008. While plaintiff may have intended the "Petition" to serve as an opposition to defendants' motion to dismiss, the "Petition" fails to respond to any of the issues raised in defendants' motion.

Accordingly, because plaintiff failed to file an opposition and otherwise respond to defendants' motion to dismiss, defendants request the Court to grant defendants' motion to dismiss with prejudice.

DATED:  February 26, 2008

SEVERSON & WERSON
A Professional Corporation

By: _____/s/ Maureen A. Rodgers_____
        Maureen A. Rodgers

Attorneys for Defendants
America's Servicing Company and John Stumpf

---

[1] Plaintiff also faxed a copy of plaintiff's "Joint Case Management Statement" on February 26, 2008. Just like the original complaint, the Statement, which was written only by plaintiff, is unintelligible.

- 2 -

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION TO DISMISS, OR ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT**

on all interested parties in said case addressed as follows:

Hilda Ramos Villalpando
920-922 Newgate Way
Dixon, CA 95620-2412

*Plaintiff in pro per*

✕ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

¨ **(BY HAND)** By placing the documents in an envelope or package addressed to the persons listed above and providing them to a professional messenger service for delivery.

¨ **(BY FEDERAL EXPRESS)** By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for.

¨ **(BY EXPRESS MAIL)** By placing the above documents in the United States mail for Express Mail delivery at One Embarcadero Center, Suite 2600, San Francisco, CA 94111, in a sealed envelope addressed as above, with Express Mail postage thereon fully prepaid.

¨ **(BY FAX)** By use of facsimile machine telephone number (415) 956-0439, I faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on February 26, 2008.

/s/ *Marilyn Li*
Marilyn Li