UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 29

| | |
|---|---|
| HILDA RAMOS VILLALPANDO | ) Case No. C-07-5901 SI |
| C/o 920-922 Newgate Way, | ) JOINT CASE MANAGEMENT STATEMENT |
| Dixon, California Zip Code Exempt, | ) |
| Libellant, | ) |
| vs. | ) |
| AMERICA'S SERVICING COMPANY et. Al. | ) |
| C/o One Embarcadero Center, Suite 2600 | ) |
| San Francisco, California [94111] | ) |
| Libellee, | ) |

Pursuant to Local Rule 16-9 this is my part of the joint statement.

1. JURISDICTION AND SERVICE

Libellant does not know how many JOHN DOES are responsible in this matter. AMERICA'S SERVICING COMPANY'S officers had a fiduciary duty to account to me. AMERICA'S SERVICING COMPANY is a national bank, chartered in the U.S. and subject to equitable principals by it's charter.

2. FACTS

AMERICA'S SERVICING COMPANY claims a leinhold right in a certain property. I have demanded that AMERICA'S SERVICING COMPANY provide certain evidence of the purported debt, see administrative procedure. AMERICA'S SERVICING COMPANY has refused or neglected to provide any evidence that

1  any leinhold exists. AMERICA'S SERVICING COMPANY has never, until now,

2  asked for a more definitive statement or indicated any confusion with my

3  questions. The administrative judgement is attached to the complaint.

4  3.   LEGAL ISSUES

5  AMERICA'S SERVICING COMPANY is a national bank chartered in the U.S. and

6  subject to the jurisdiction thereof. AMERICA'S SERVICING COMPANY has

7  behaved in a manner inconsistent with it's charter and the agreement. The

8  U.S. is the parent corporation of AMERICA'S SERVICING COMPANY and as such,

9  the only entity to hold AMERICA'S SERVICING COMPANY accountable for it's

10 ultra vires actions.

Ultra.vires. A term used to express the action of a corporation which is beyond the powers conferred upon it by its charter, or the statutes under which it was instituted. 13 Am. Law Hev. 632. *"Ultra vires"* is also sometimes applied to an act which, though within the powers of a corporation., is not binding on it because the consent or agreement of the corporation has not been given in the manner required by its constitution. Thus, where a company delegates certain powers to its directors, all acts done by the directors beyond the scope of those powers are *Ultra vires,* and not binding on the company, unless it subsequently ratifies them..- Black's 2nd ed. Law Dictionary

This court is a court of equity and has jurisdiction over pledge cases in it's maritime capacity. The basic issue is this; does a national bank have a continuing duty to operate with clean hands and how is one woman to hold them to that standard?

4.   MOTIONS

I do not see the need for any motions except to attach JOHN DOES as they become known.

5.   AMENDMENT OF THE PLEADINGS

I foresee no need of further amendments at this time.

6.   EVIDENCE PRESERVATION

I have requested several pieces of evidence which AMERICA'S SERVICING COMPANY has refused or neglected to provide, such as, the original note, an accounting of where the funds came from to originate the "loan" and any bookeeping entries from the transaction in question.

7. DISCLOSURES

See number 6 above.

8. DISCOVERY

See number 6 above.

9. CLASS ACTION

I am not aware of this being a class action matter.

10. RELATED CASES

1st National Bank of Montgomery Minnesota v. Jerome Daly, see attached and In Re foreclosure cases, see attached.

11. RELIEF

Damages in the amount of $40,963,092.48 and a release of lein on the subject property.

12. SETTLEMENT AND ADR

The administrative process that I perfected is an ADR. I have appointed appoint MAUREEN A. RODGERS (00245876) esquire as co-fiduciary trustee to use my exemption to settle and close any debt owed to AMERICA'S SERVICING COMPANY.

13. CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES

I do not consent to a magistrate judge for all purposes.

14. OTHER REFERENCES

I have nothing to say about this right now.

15. NARROWING OF ISSUES

Libellees have already confessed judgment.

16. EXPEDITED SCHEDULE

A summary judgment is appropriate since AMERICA'S SERVICING COMPANY has failed to defend.

17. SCHEDULING

There is no controversy. AMERICA'S SERVICING COMPANY has confessed judgment.

18. TRIAL
There is no controversy to try. This is a declaratory judgment matter on an ultra vires breach of agrement.

19. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

None known.

20. SUCH OTHER MATTERS TO FACILITATE THE JUST, SPEEDY AND INEXPENSIVE DISPOSITION OF THIS MATTER

Reserved.

Dated this 25 day of February, 2008

*[signature]*
By: authorized representative
Without recourse