UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA RAMOS VILLALPANDO | ) Case No.: No. C-07-5901 SI </br> ) </br> ) **NOTICE OF ACCEPTANCE OF OATHS OF** </br> ) </br> ) **OFFICE AND BONDS** |
| C/o 920-922 Newgate Way, | |
| Dixon, California Zip Code Exempt, | |
| Libellant, | |
| vs. | |
| AMERICA'S SERVICING COMPANY et. Al. | |
| C/o One Embarcadero Center, Suite 2600 | |
| San Francisco, California [94111] | |
| Libellee, | |

Notice to the agent is notice to the principal, notice to the principal is notice to the agent.

Re: NOTICE OF ACCEPTANCE OF OATHS OF OFFICE AND BONDS

    Now, by special appearance, comes Hilda Ramos Villalpando, the flesh and blood woman, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead Additionally this presentment is not put forth for purposes of delay nor to request any B.A.R. member attorned esquire, or agents thereof, to make any

1  determinations for me, legal or otherwise, including but not limited to any
2  so called "overturning of a motion". This is not a motion. This is a NOTICE.
3  If you are reading this then the presumption will operate that you have
4  ACTUAL NOTICE of the subject matter herein and by acting contrary to this
5  NOTICE you <u>will</u> be bound by its terms. Fail not under penalty of Law!
6  NOTICE is hereby given that:

   1.)   I am of legal age, competent to testify and under no legal
         disability.
   2.)   As the creditor and principal, I hereby formally accept the Oaths
         of Office and Bonds of SUSAN ILLSTON esquire and MAUREEN A. RODGERS
         (00245876) esquire forming a contract in the common law.

                              Dated this 26 day of February, 2008

                              *[signature]*
                              By: authorized representative
                              Without recourse