FILED

FEB 28 AM 11:47

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA RAMOS VILLALPANDO | ) Case No.: No. C-07-5901 SI |
| C/o 920-922 Newgate Way, | ) **CERTIFICATE OF SERVICE** |
| Dixon, California Zip Code Exempt, | ) |
| Libellant, | ) |
| vs. | ) |
| AMERICA'S SERVICING COMPANY et. Al. | ) |
| C/o One Embarcadero Center, Suite 2600 | ) |
| San Francisco, California [94111] | ) |
| Libellee, | ) |

CERTIFICATE OF SERVICE

Now, by special appearance, comes Hilda Ramos Villalpando, the flesh and blood woman, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead. NOTICE is hereby given that:

1.)    I am of legal age, competent to testify and under no legal disability.

2.)    This is to certify that on February 26, 2008 I placed a true and accurate copy of the enclosed MEMORANDUM, NOTICE OF APPOINTMENT OF FIDUCIARY TRUSTEE, NOTICE OF APPOINTMENT OF FIDUCIARY TRUSTEE and NOTICE OF ACCEPTANCE OF OATHS AND BONDS in the U. S. mail with postage prepaid and addressed as follows:

AMERICA'S SERVICING COMPANY et. Al.

C/o One Embarcadero Center, Suite 2600

San Francisco, California [94111]

   With certified mail number 7006 0100 0005 6067 0271

Dated this 26 day of February, 2008

*[signature]*
By: authorized representative
Without recourse

CERTIFICATE OF SERVICE - 2 OF 2