1  MICHAEL STEINER (State Bar No. 112079)
   mjs@severson.com
2  MAUREEN A. RODGERS (State Bar No. 245876)
   mar@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendants
7  America's Servicing Company, and
   John Stumpf
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

| HILDA RAMOS VILLALPANDO,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICA'S SERVICING COMPANY, JOHN STUMPF, and DOES, ROES, and MOES 1-100 et al.,<br><br>Defendants. | Case No.: CV-07-5901 SI<br><br>**DEFENDANTS' SECOND REPLY IN SUPPORT OF ITS MOTION TO DISMISS, OR ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT**<br><br>Hearing Date: March 14, 2008<br>Time:   9:00 a.m.<br>Dept.:  Courtroom 10, 19th Floor<br>Judge:  Hon. Susan Illston<br><br>Trial Date:  None<br>Complaint Date: Nov. 21, 2007 |
|---|---|

20     The motion of defendants America's Servicing Company and John Stumpf, (erroneously

21  sued as "John Stumph"), seeking a dismissal of the complaint in its entirety, or in the alternative,

22  to order plaintiff to file a more definite statement, is scheduled for hearing on March 14, 2008.

23  Northern District of California Local Rule 7-3(a) requires that any opposition to such a motion be

24  filed with the court and served at least 21 days before the hearing.  While the opposition was due

25  no later than February 22, 2008, plaintiff failed to file any opposition by that date.

26     Although filing no opposition, plaintiff did file a "Notice of Acceptance of Oaths of

27  Office and Bonds" and a "Memorandum of More Definitative Statement" on February 28.  Both

28  of these pleadings—if intended as a response to defendants' motion—are almost a week late.

07725/0083/660818.1                                    Defendants' Second Reply In Support of Its Mtn. to Dismiss or
                                                       Alternatively, Mtn. for  More Definite Statement

1  The "Notice of Acceptance of Oaths of Office and Bonds" is, like the complaint, entirely non-sensical and incoherent. It completely fails to respond to defendants' motion to dismiss.[1] The Court should, as a result, disregard it.

The "Memorandum of More Definitive Statement" also falls short of correcting any deficiencies in the complaint. Although plaintiff refers to legal claims into the "Memorandum," including predatory lending and breach of contract, she fails to include any intelligible facts describing the substance of those claims. Just like the complaint, the "Memorandum" fails to meet the pleading requirements of the Federal Rules. As a result, the Court should disregard it.

In conclusion, because plaintiff's attempt at responding to defendants' motion to dismiss is as incoherent and ineffective as the complaint itself, defendants ask the Court to grant this motion to dismiss with prejudice.

DATED:  March 3, 2008    SEVERSON & WERSON
                         A Professional Corporation


                         By:     /s/ Maureen A. Rodgers
                                 Maureen A. Rodgers

                         Attorneys for Defendants
                         America's Servicing Company and John Stumpf

---

[1] The "Notice of Acceptance of Oaths of Office and Bonds" alleges that plaintiff has accepted an "Oath of Office and Bonds" from the Honorable Susan Illston and Maureen Rodgers, defense counsel.

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**DEFENDANTS' SECOND REPLY IN SUPPORT OF ITS MOTION TO DISMISS, OR ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT**

on all interested parties in said case addressed as follows:

Hilda Ramos Villalpando
920-922 Newgate Way
Dixon, CA 95620-2412

*Plaintiff in pro per*

✗ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

¨ **(BY HAND)** By placing the documents in an envelope or package addressed to the persons listed above and providing them to a professional messenger service for delivery.

¨ **(BY FEDERAL EXPRESS)** By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for.

¨ **(BY EXPRESS MAIL)** By placing the above documents in the United States mail for Express Mail delivery at One Embarcadero Center, Suite 2600, San Francisco, CA 94111, in a sealed envelope addressed as above, with Express Mail postage thereon fully prepaid.

¨ **(BY FAX)** By use of facsimile machine telephone number (415) 956-0439, I faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on March 3, 2008.

/s/ *Marilyn Li*
Marilyn Li