FILED

08 MAR 14 AM 9: 52

1   UNITED STATES DISTRICT COURT

2   NORTHERN DISTRICT OF CALIFORNIA

3

4

5   HILDA RAMOS VILLALPANDO

6   C/o 920-922 Newgate Way,

7   San Francisco, California Zip Code

8   Exempt,

9          Libellant,

10      vs.

11  AMERICA'S SERVICING COMPANY et. Al.

12  C/o One Embarcadero Center, Suite

13  2600

14  San Francisco, California [94111]

15          Libellee,

) Case No. CV-07-5901 SI
)
) NOTICE TO SHOW CAUSE
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

16                          NOTICE

17      Now, by special appearance, comes Hilda Ramos Villalpando, the flesh

18  and blood woman, Sui Juris and unschooled in law, hereinafter referred to as

19  me, my, I, or the like, to make the following  NOTICE with clean hands, full

20  disclosure and no intent to defraud, furthermore, the following first hand

21  asseverations are true, complete, certain and not meant to mislead

22  Additionally this presentment is not put forth for purposes of delay nor to

23  request any B.A.R. member attorned esquire, or agents thereof, to make any

24  determinations for me, legal or otherwise, including but not limited to any

25  so called "overturning of a motion". This is not a motion. This is a NOTICE.

1  If you are reading this then the presumption will operate that you have
2  ACTUAL NOTICE of the subject matter herein and by acting contrary to this
3  NOTICE you will be bound by its terms. Fail not under penalty of Law!
4  NOTICE is hereby given that:

5

6  1.)    I am of legal age, competent to testify and under no legal
7  disability.
8                            OVERVIEW OF FACTS
9  2.)    On or about February 26, 2008 I sent a MEMORANDUM, ACCEPTANCE
10     OF OATH OF OFFICE AND BOND, AND NOTICE OF APPOINTMENT OF CO-FIDUCIARY
11     TRUSTEE to MAUREEN A. RODGERS (00245876) esquire.
12  3.)    MAUREEN A. ROGERS (00245876) esquire is represented to be the
13     attorney for AMERICA'S SERVICING COMPANY in this matter.
14  4.)    MAUREEN A. ROGERS (00245876) esquire, is presumed to have
15     graduated from some "law school" and subsequently been admitted to the
16     local branch of the private B.A.R., taking some oath of office,
       presumably as an "officer of the court".
17  5.)    MAUREEN A. ROGERS (00245876) esquire, is presumed to have the
18     basic mental skills to be able to look up confusing legal terms in a
19     law dictionary, apply them to the subject matter and form honest
20     answers that address the questions as posed.
21  6.)    The RECORD shows that MAUREEN A. ROGERS (00245876) esquire,
22     filed documents in this case claiming incompetence to be able to
23     comprehend the English language as contorted by those in the "legal
       profession".
24

25

IN CONCLUSION

1

2    7.)    MAUREEN A. ROGERS (00245876) esquire, has three days from the

3    verifed receipt of this NOTICE to SHOW CAUSE why;

4         a. a report of incompetence should not issue to the B.A.R. and
          b. any bonds for account number 00245876 should not be liquidated.

5

My yea is my yea and my nay is my nay.

6                                        Dated this 13 day of March, 2008

7                                        By: authorized representative
                                         Without recourse

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25