UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED 08 MAR 14 AM 9: 52

| | |
|---|---|
| HILDA RAMOS VILLALPANDO | Case No. CV-07-5901 SI |
| C/o 920-922 Newgate Way, | **CERTIFICATE OF SERVICE** |
| San Francisco, California Zip Code Exempt, | |
| Libellant, | |
| vs. | |
| AMERICA'S SERVICING COMPANY et. Al. | |
| C/o One Embarcadero Center, Suite 2600 | |
| San Francisco, California [94111] | |
| Libellee, | |

CERTIFICATE OF SERVICE

Now, by special appearance, comes HILDA RAMOS VILLALPANDO, the flesh and blood woman and man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead.

NOTICE is hereby given that:

1.) I am of legal age, competent to testify and under no legal disability.

CERTIFICATE OF SERVICE - 1 OF 1

1  2.)      This is to certify that on March 13, 2008 I placed a true and
2       accurate copy of the enclosed NOTICE TO SHOW CAUSE in the U. S. mail
3       with postage prepaid and addressed as follows:
4  AMERICA'S SERVICING COMPANY et. Al.
5  C/o One Embarcadero Center, Suite 2600 Suite 200
6  San Francisco, California [94111]
7       With certified mail number 7007 0710 0000 1235 0980
8
9                                    Dated this 13 day of March, 2008
10                                   *[signature]*
                                     By: authorized representative
11                                   Without recourse
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CERTIFICATE OF SERVICE - 2 OF 2