UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA RAMOS VILLALPANDO, | ) Case No.: No. CV-07-5901-SI |
| C/o 920-922 Newgate Way, | ) ORDER |
| Dixon, California Zip Code Exempt, | ) March 24th, 2008 |
| Libellant, | ) |
| vs. | ) |
| AMERICA'S SERVICING COMPANY | ) |
| C/o One Embarcadero Center, Suite 2600 | ) |
| San Francisco, California [94111] | ) |
| Libellee, | ) |

This matter came to be heard on the 24th day of March, 2008. After consideration and for good cause shown it is hereby adjudged and decreed that:

1. Plaintiff's claim is well founded and
2. Plaintiff is entitled to relief as outlined in his perfected administrative procedure.

It is so ORDERED.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

AMMENDED COMPLAINT - 2 OF 2