

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA RAMOS VILLALPANDO<br><br>C/o 920-922 Newgate Way,<br><br>Dixon, California Zip Code Exempt<br><br>      Libellant,<br><br>  vs.<br><br>AMERICA'S SERVICING COMPANY<br><br>C/o One Embarcadero Center, Suite 2600<br><br>San Francisco, California, [94111]<br><br>      Libellees | ) Case No.: No. CV-07-5901 SI<br>)<br>) CERTIFICATE OF SERVICE |

    Now, by special appearance, comes Hilda: Ramos Villalpando the flesh and blood woman, Sui Juris and unschooled in law, hereinafter referred to as me, my, I or the like, to make the following AFFIDAVIT with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead or delay.

  1.)    I am of legal age, competent to testify and under no legal disability.

  2.)    This is to certify that on March 24, 2008 I placed a true and accurate copyof the enclosed AMMENDED COMPLAINT in the U.S. mail with pstage prepaid and addressed as follows:

AMERICA'S SERVICING COMPANY et. Al.
C/o One Embarcadero Center, Suite 2600
San Francisco, California [94111]

CERTIFICATE OF SERVICE                          1 OF 1

By certified mail # 7007 0710 0000 1235 0997 and depositing it with the U. S. Postal Service

My yea is my yea and my nay is my nay.

                                       Dated this 24th day of March, 2008

                                       By: authorized representative
                                       Without recourse