FILED

MAR 31 AM 11:52

CLERK US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA RAMOS VILLALPANDO<br><br>C/o 920-922 Newgate Way,<br><br>Dixon, California Zip Code Exempt,<br><br>　　　　Libellant,<br><br>　　vs.<br><br>AMERICA'S SERVICING COMPANY et. Al.<br><br>C/o One Embarcadero Center, Suite 2600<br><br>San Francisco, California [94111]<br><br>　　　　Libellee, | ) Case No.: No. C-07-5901 SI<br>)<br>)<br>) **NOTICE OF APPOINTMENT OF FIDUCIARY**<br>)<br>) **TRUSTEE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Notice to the agent is notice to the principal, notice to the principal is notice to the agent.

Re: APPOINTMENT OF FIDUCIARY TRUSTEE

　　Now, by special appearance, comes Hilda Ramos Villalpando, the flesh and blood woman, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead Additionally this presentment is not put forth for purposes of delay nor to request any B.A.R. member attorned esquire, or agents thereof, to make any

1  determinations for me, legal or otherwise, including but not limited to any
2  so called "overturning of a motion". This is not a motion. This is a NOTICE.
3  If you are reading this then the presumption will operate that you have
4  ACTUAL NOTICE of the subject matter herein and by acting contrary to this
5  NOTICE you <u>will</u> be bound by its terms. Fail not under penalty of Law!
6  NOTICE is hereby given that:

7
8  1.)   I am of legal age, competent to testify and under no legal
       disability.
9
10 2.)   As the creditor and principal, I hereby formally appoint SUSAN
       ILLSTON esquire as fiduciary trustee for the purpose of using my
11     exemption to settle and close any outstanding debt owed AMERICA'S
12     SERVICING COMPANY.
13

14                              Dated this 31st day of March, 2008
15                              [signature]
                                By: authorized representative
16                              Without recourse

APPOINTMENT OF FIDUCIARY TRUSTEE - 2 OF 3