MICHAEL STEINER (State Bar No. 112079)
mjs@severson.com
MAUREEN A. RODGERS (State Bar No. 245876)
mar@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
America's Servicing Company, and
John Stumpf

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HILDA RAMOS VILLALPANDO,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICA'S SERVICING COMPANY, JOHN STUMPF, and DOES, ROES, and MOES 1-100 et al.,<br><br>Defendants. | Case No.: CV-07-5901 SI<br><br>**DEFENDANTS' SEPARATE CASE MANAGEMENT STATEMENT**<br><br>Case Management Conf.: April 7, 2008<br>Time: 2:00 p.m.<br>Dept.: Courtroom 10, 19th Floor<br>Judge: Hon. Susan Illston<br><br>Trial Date: None<br>Complaint Date: Nov. 21, 2007 |

**DEFENDANTS' SEPARATE CASE MANAGEMENT STATEMENT**

**A.   CASE HISTORY**

On November 21, 2007, plaintiff-in-pro-per filed a "Petition for Libel Review of an Administrative Judgment" ("Petition"), which appeared to be plaintiff's attempt to file a lawsuit against Defendants. Plaintiff based her request for relief on the "law of the flag," "Libel of Review," "Public Vessels Act," "Bills of Lading Act," and the "Doctrines of Estoppel," but failed to plead any facts to substantiate those claims. Accordingly, Defendants filed a motion to dismiss the complaint, or alternatively for a more definite statement, which was scheduled for hearing on March 14, 2008. (Docket No. 7).

On March 7, 2008, Judge Illston granted the motion to dismiss with leave to amend and ordered that any amended complaint must: "(1) state the basis for federal jurisdiction; (2) specifically identify the claims that plaintiff is asserting (for example, if plaintiff is suing under a federal or state statute, the complaint shall identify the statute); (3) state, as clearly as possible, the facts giving rise to the complaint, including the dates upon which the events occurred; and (4) state the relief that plaintiff seeks." (Docket No. 17).

On March 24, 2008, plaintiff filed an amended complaint, but failed to abide by Judge Illston's order. Although the amended complaint references a breach of contract, Plaintiff did not include any intelligible facts describing the substance of that claim. Accordingly, Defendants intend to file another motion to dismiss the amended complaint by April 10, 2008.

Since filing her amended complaint, Plaintiff has also filed two "Notices of Appointment of Co-Fiduciary Trustee," by which she has appointed both Judge Illston and opposing counsel as her "trustees" for the purpose of settling "any outstanding debt owed [to] America's Servicing Company." (See Exhibit A). These documents fail to elucidate the substance of Plaintiff's complaint against Defendants, and in fact, only confuse the issues even more.

**B.    PLAINTIFF'S RECENT BANKRUPTCY FILING AND DEFENDANTS' INTENT TO FILE AN ALTERNATIVE MOTION TO TRANSFER**

On March 11, 2008, Plaintiff filed for Chapter 13 bankruptcy in the Bankruptcy Court of the Northern District of California, Case No. 08-30387DM. (See Exhibit B). On March 21, 2008, Judge Montali ordered the case transferred to the Eastern District of California, where Plaintiff resides. (See Exhibit C).

In addition to the motion to dismiss the amended complaint, Defendants intend to file, in the alternative, a motion to transfer this case to the Eastern District. Although it remains impossible to decipher plaintiff's claims, to the extent they are based on alleged breach of a real property related contract, venue would be proper in the Eastern District, as the loan that America's Servicing Company services for Plaintiff is secured by real property located within the jurisdiction of the Eastern District.

### C. CASE MANAGEMENT CONFERENCE

A case management conference for this case is scheduled for April 7. Plaintiff never contacted Defendants to meet and confer regarding a discovery plan in preparation for the case management conference.

Because Defendants cannot decipher the nature of Plaintiff's claims, Defendants believe that any discovery-related matters, including the case management conference, should be postponed until after the Court considers Defendants' soon-to-be-filed motion to dismiss the amended complaint. Nevertheless, if the Court deems the case management conference to be appropriate, Defendants are prepared to appear on April 7.

DATED: April 2, 2008

SEVERSON & WERSON
A Professional Corporation

By: /s/ *Maureen A. Rodgers*
      Maureen A. Rodgers

Attorneys for Defendant
AMERICA'S SERVICING COMPANY

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

# EXHIBIT A

FILED

2008 MAR 31 AM 11: 52

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA RAMOS VILLALPANDO | Case No.: No. C-07-5901 SI |
| C/o 920-922 Newgate Way, | **NOTICE OF APPOINTMENT OF FIDUCIARY** |
| Dixon, California Zip Code Exempt, | **TRUSTEE** |
| Libellant, | |
| vs. | |
| AMERICA'S SERVICING COMPANY et. Al. | |
| C/o One Embarcadero Center, Suite 2600 | |
| San Francisco, California [94111] | |
| Libellee, | |

Notice to the agent is notice to the principal, notice to the principal is notice to the agent.

Re: APPOINTMENT OF FIDUCIARY TRUSTEE

   Now, by special appearance, comes Hilda Ramos Villalpando, the flesh and blood woman, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead Additionally this presentment is not put forth for purposes of delay nor to request any B.A.R. member attorned esquire, or agents thereof, to make any

APPOINTMENT OF FIDUCIARY TRUSTEE - 1 OF 1

determinations for me, legal or otherwise, including but not limited to any so called "overturning of a motion". This is not a motion. This is a NOTICE. If you are reading this then the presumption will operate that you have ACTUAL NOTICE of the subject matter herein and by acting contrary to this NOTICE you will be bound by its terms. Fail not under penalty of Law! NOTICE is hereby given that:

1.) I am of legal age, competent to testify and under no legal disability.

2.) As the creditor and principal, I hereby formally appoint SUSAN ILLSTON esquire as fiduciary trustee for the purpose of using my exemption to settle and close any outstanding debt owed AMERICA'S SERVICING COMPANY.

Dated this 31st day of March, 2008

*[signature]*
By: authorized representative
Without recourse

FILED

MAR 31 AM 11:52

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA RAMOS VILLALPANDO | Case No.: No. C-07-5901 SI |
| C/o 920-922 Newgate Way, | **NOTICE OF APPOINTMENT OF CO-FIDUCIARY** |
| Dixon, California Zip Code Exempt, | **TRUSTEE** |
| Libellant, | |
| vs. | |
| AMERICA'S SERVICING COMPANY et. Al. | |
| C/o One Embarcadero Center, Suite 2600 | |
| San Francisco, California [94111] | |
| Libellee, | |

Notice to the agent is notice to the principal, notice to the principal is notice to the agent.

Re: APPOINTMENT OF CO-FIDUCIARY TRUSTEE

Now, by special appearance, comes Hilda Ramos Villalpando, the flesh and blood woman, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead Additionally this presentment is not put forth for purposes of delay nor to

APPOINTMENT OF CO-FIDUCIARY TRUSTEE - 1 OF 1

1  request any B.A.R. member attorned esquire, or agents thereof, to make any

2  determinations for me, legal or otherwise, including but not limited to any

3  so called "overturning of a motion". This is not a motion. This is a NOTICE.

4  If you are reading this then the presumption will operate that you have

5  ACTUAL NOTICE of the subject matter herein and by acting contrary to this

6  NOTICE you will be bound by its terms. Fail not under penalty of Law!

7  NOTICE is hereby given that:

8
   1.)   I am of legal age, competent to testify and under no legal
9        disability.

10    2.)   As the creditor and principal, I hereby formally appoint MAUREEN

11       A. RODGERS (00245876) esquire as co-fiduciary trustee for the purpose

12       of using my exemption to settle and close any outstanding debt owed

13       AMERICA'S SERVICING COMPANY.

14                       Dated this 31st day of March, 2008

15                       By: authorized representative
16                       Without recourse

17
18
19
20
21
22
23
24
25

# EXHIBIT B

FROM : TY Guia                    FAX NO. :                    Mar. 10 2008 09:51PM  P1

# 08 30387

B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): <br> Ramos-Villalpando, Hilda | Name of Joint Debtor (Spouse) (Last, First, Middle): <br> n/a |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): <br> n/a | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): <br> n/a |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): <br> 1643 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): <br> n/a |
| Street Address of Debtor (No. and Street, City, and State): <br> P.O. BOX 961 <br> 920 Newgate Way, Dixon, CA <br> ZIP CODE 95620 | Street Address of Joint Debtor (No. and Street, City, and State): <br> n/a <br> ZIP CODE |
| County of Residence or of the Principal Place of Business: <br> Solano | County of Residence or of the Principal Place of Business: <br> n/a |
| Mailing Address of Debtor (if different from street address): <br> n/a <br> ZIP CODE | Mailing Address of Joint Debtor (if different from street address): <br> n/a <br> ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): <br> n/a | ZIP CODE |

**Type of Debtor** (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [ ] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [x] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [x] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

FROM : TY Guia                    FAX NO. :                    Mar. 10 2008 09:51PM  P2

B 1 (Official Form 1) (1/08)                                                                                                    Page 2

| Voluntary Petition<br>(This page must be completed and filed in every case.) | Name of Debtor(s):<br>Ramos-Villalpando, Hilda | | |
|---|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | | |
| Location<br>Where Filed: | Case Number: | | Date Filed: |
| Location<br>Where Filed: | Case Number: | | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | | |
| Name of Debtor: | Case Number: | | Date Filed: |
| District: | Relationship: | | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>  Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Ramos-Villalpando, Hilda |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Hilda Ramos Villalpando_
Signature of Debtor

X
Signature of Joint Debtor
_707-597-2401_
Telephone Number (if not represented by attorney)
_03-10-2008_
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

# EXHIBIT C

Entered on Docket
March 12, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: March 11, 2008

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                          ) Bankruptcy Case
                                ) No. 08-30387DM
HILDA RAMOS-VILLALPANDO)
                                ) Chapter 13
            Debtor.    )
                                )

ORDER TO SHOW CAUSE

     A voluntary Chapter 13 petition was filed herein on March 11, 2008. The debtor showed his street address in Dixon, California in the Eastern District of California. Venue appears to be improper (see 28 U.S.C. § 1408). Accordingly, this case will be transferred to the Eastern District of California in accordance with Fed. R. Bankr. Proc. 1014(a)(2) unless, within ten (10) days of the date of service of this Order To Show Cause, the debtor files and serves upon the United States Trustee and the Chapter 13 Trustee a response to this Order To Show Cause, explaining why the case should be retained in this district. If such a response is filed, the court will consider the response and issue an appropriate order.

                            **END OF ORDER**

1

```
 1                          COURT SERVICE LIST
 2  Hilda Ramon-Villalpando
    P.O. Box 961
 3  920 Newgate Way
    Dixon, CA 95620
 4
    David Burchard
 5  393 Vintage Park Dr., Ste. 150
    Foster City, CA 94404
 6
    United States Trustee
 7  235 Pine St., Ste. 700
    San Francisco, CA 94104
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                  2
```

**Entered on Docket
March 24, 2008**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: March 21, 2008**

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Bankruptcy Case |
| | ) No. 08-30387DM |
| HILDA RAMOS-VILLALPANDO, | ) |
| | ) Chapter 13 |
| Debtor. | ) |

ORDER TRANSFERRING CASE

An Order To Show Cause having been issued on March 11, 2008, directing the above-named Debtor to show cause why this case should not be transferred because of improper venue under 28 U.S.C. § 1408, and Debtor having failed to respond to the Order To Show Cause within the time provided therein, and cause appearing,

The clerk of the court is ORDERED to transfer this Chapter 13 case to the Eastern District of California.

**END OF ORDER**

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**DEFENDANTS' SEPARATE CASE MANAGEMENT STATEMENT**

on all interested parties in said case addressed as follows:

Hilda Ramos Villalpando
920-922 Newgate Way
Dixon, CA 95620-2412

*Plaintiff in pro per*

☒ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

☐ **(BY HAND)** By placing the documents in an envelope or package addressed to the persons listed above and providing them to a professional messenger service for delivery.

☐ **(BY FEDERAL EXPRESS)** By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for.

☐ **(BY EXPRESS MAIL)** By placing the above documents in the United States mail for Express Mail delivery at One Embarcadero Center, Suite 2600, San Francisco, CA 94111, in a sealed envelope addressed as above, with Express Mail postage thereon fully prepaid.

☐ **(BY FAX)** By use of facsimile machine telephone number (415) 956-0439, I faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on April 2, 2008.

/s/ *Marilyn Li*
Marilyn Li

- 5 -

07725/0083/664859.1

Defendants' Separate Case Management Statement
Case No. 3-07-cv-05901 SI