UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
08 APR -9 PM 12: 35
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. OF CALIFORNIA

| | |
|---|---|
| HILDA RAMOS VILLALPANDO<br><br>C/o 920-922 Newgate Way,<br><br>Dixon, California Zip Code Exempt,<br><br>　　　　Libellant,<br><br>　　vs.<br><br>AMERICA'S SERVICING COMPANY et. Al.<br><br>C/o One Embarcadero Center, Suite 2600<br><br>San Francisco, California [94111]<br><br>　　　　Libellee, | Case No. CV-07-5901 SI<br><br>VERIFIED NOTICE OF DEFAULT |

VERIFIED NOTICE OF DEFAULT

　　Now, by special appearance, comes Hilda Ramos Villalpando, the flesh and blood woman, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead Additionally this presentment is not put forth for purposes of delay nor to request any B.A.R. member attorned esquire, or agents thereof, to make any determinations for me, legal or otherwise, including but not limited to any so called "overturning of a motion". This is not a motion. This is a NOTICE. If you are reading this then the presumption will operate that you have ACTUAL NOTICE of the subject matter herein and by acting contrary to this NOTICE you <u>will</u> be bound by its terms. Fail not under penalty of Law!

1  NOTICE is hereby given that:

2  
3  1.) I am of legal age, competent to testify and under no legal disability.

4  OVERVIEW OF FACTS

5  2.) On or about February 26, 2008 I sent a MEMORANDUM, ACCEPTANCE
6  OF OATH OF OFFICE AND BOND, AND NOTICE OF APPOINTMENT OF CO-FIDUCIARY
7  TRUSTEE to MAUREEN A. RODGERS (00245876) esquire.

3.) On or about March 14, 2008 I sent a NOTICE to SHOW CAUSE why;

8      a. a report of incompetence should not issue to the B.A.R. and
    b. any bonds for account number 00245876 should not be liquidated.

9  4.) The Record shows that MAUREEN A. ROGERS (00245876) esquire,
10  received the MEMORANDUM, ACCEPTANCE OF OATH OF OFFICE AND BOND, AND
11  NOTICE OF APPOINTMENT OF CO-FIDUCIARY TRUSTEE on April 1, 2008.

12  5.) The Record shows that MAUREEN A. ROGERS (00245876) esquire,
received the NOTICE TO SHOW CAUSE on March 26, 2008.

13  
14  6.) As of April 9, 2008 I have not received a rebuttal from
MAUREEN A. ROGERS (00245876) esquire.

15  7.) MAUREEN A. ROGERS (00245876) esquire is now in DEFAULT.

16  8.) MAUREEN A. ROGERS (00245876) esquire, has three days from the
17  verifed receipt of this NOTICE OF DEFAULT to rebut this VEERIFIED
18  NOTICE OF DEFAULT item by item and line by line or e forever esstopped
by default.

19  
20  My yea is my yea and my nay is my nay.

21  Dated this 9 day of April, 2008
 _[signature]_
By: authorized representative
22  Without recourse

23  
24  
25  

VERIFIED NOTICE OF DEFAULT - 2 OF 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

VERIFIED NOTICE OF DEFAULT - 3 OF 3