```
                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA
```

FILED
08 APR -9 PM 12: 35
RICHARD W. WILKING
CLERK U.S. DISTRICT COURT
NORTH DIST. OF CALIFORNIA

| | |
|---|---|
| HILDA RAMOS VILLALPANDO | ) Case No. CV-07-5901 SI |
| | ) |
| C/o 920-922 Newgate Way, | ) **CERTIFICATE OF SERVICE** |
| | ) |
| Dixon, California Zip Code Exempt, | ) |
| | ) |
| Libellant, | ) |
| | ) |
| vs. | ) |
| | ) |
| AMERICA'S SERVICING COMPANY et. Al. | ) |
| | ) |
| C/o One Embarcadero Center, Suite | ) |
| | ) |
| 2600 | ) |
| | ) |
| San Francisco, California [94111] | ) |
| | ) |
| Libellee, | ) |

CERTIFICATE OF SERVICE

Now, by special appearance, comes HILDA RAMOS VILLALPANDO, the flesh and blood woman, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead. NOTICE is hereby given that:

  1.)    I am of legal age, competent to testify and under no legal disability.

1  2.)    This is to certify that on April 9, 2008  I placed a true and
2        accurate copy of the enclosed VERIFIED NOTICE OF DEFAULT in the U. S.
3        mail with postage prepaid and addressed as follows:
4  AMERICA'S SERVICING COMPANY et. Al.
5  C/o One Embarcadero Center, Suite 2600 Suite 200
6  San Francisco, California [94111]
7        With certified mail number 7008 0150 0000 1438 4917

Dated this 9th_day of April, 2008

*[signature]*
By: authorized representative
Without recourse