MICHAEL STEINER (State Bar No. 112079)
mjs@severson.com
MAUREEN A. RODGERS (State Bar No. 245876)
mar@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
AMERICA'S SERVICING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA RAMOS VILLALPANDO,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICA'S SERVICING COMPANY,<br><br>Defendant. | Case No.:  CV-07-5901 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**<br><br>**Accompanying Documents:** Notice of Motion; Memo. of Points and Authorities<br><br>Hearing Date: May 30, 2008<br>Time:     9:00 a.m.<br>Dept.:    Courtroom 10, 19th Floor<br>Judge:    Susan Illston<br><br>Complaint Date:   Nov. 21, 2007<br>Trial Date:       None |

This Motion of Defendant, America's Servicing Company, seeking a dismissal of the complaint with prejudice for failure to state a claim and for lack of subject matter jurisdiction, having been duly noticed and served on all interested parties, came on regularly for hearing before this Court, the Honorable Susan Illston presiding, at 9:00 a.m., on May 30, 2008.

All arguments, papers and evidence considered and good cause appearing, Defendant's motion to dismiss the complaint with prejudice is GRANTED.

IT IS ORDERED that Plaintiff's amended complaint is dismissed with prejudice.

DATED: _____    _____
                                            Honorable Susan Illston
                                            United States District Court Judge

1

<u>CERTIFICATE OF SERVICE</u>

2

     I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA  94111.

3

4

     On the date below I served a copy, with all exhibits, of the following document(s):

5

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

6

on all interested parties in said case addressed as follows:

7

Hilda Ramos Villalpando
920-922 Newgate Way
Dixon, CA  95620-2412

8

9

*Plaintiff in pro per*

10

✗ **(BY MAIL)**  By placing the envelope for collection and mailing following our ordinary business practices.  I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

11

12

13

¨ **(BY HAND)**  By placing the documents in an envelope or package addressed to the persons listed above and providing them to a professional messenger service for delivery.

14

¨ **(BY FEDERAL EXPRESS)**  By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for.

15

16

¨ **(BY EXPRESS MAIL)**  By placing the above documents in the United States mail for Express Mail delivery at One Embarcadero Center, Suite 2600, San Francisco, CA  94111, in a sealed envelope addressed as above, with Express Mail postage thereon fully prepaid.

17

18

¨ **(BY FAX)**  By use of facsimile machine telephone number (415) 956-0439, I faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address.  The transmission was reported as complete and without error.

19

20

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in San Francisco, California, on April 10, 2008.

21

22

*/s/ Marilyn Li*
Marilyn Li

23

24

25

26

27

28

- 2 -