| | |
|---|---|
| 1 | MICHAEL J. STEINER (State Bar No. 112079) |
|   | mjs@severson.com |
| 2 | MAUREEN A. RODGERS (State Bar No. 245876) |
|   | mar@severson.com |
| 3 | SEVERSON & WERSON |
|   | A Professional Corporation |
| 4 | One Embarcadero Center, Suite 2600 |
|   | San Francisco, CA  94111 |
| 5 | Telephone:  (415) 398-3344 |
|   | Facsimile:  (415) 956-0439 |
| 6 | |
| 7 | Attorneys for Defendant |
|   | AMERICA'S SERVICING COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA RAMOS VILLALPANDO, | Case No.:  CV-07-5901 SI |
| Plaintiff, | **DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| vs. | |
| AMERICA'S SERVICING COMPANY, | Hearing Date:   May 30, 2008 |
| Defendants. | Time:                9:00 a.m. |
| | Dept.:                Courtroom 10, 19th Floor |
| | Judge:               Hon. Susan Illston |
| | Complaint Date: November 21, 2007 |
| | Trial Date:          Not Set |

On April 10, 2008 Defendant America's Servicing Company ("ASC") filed and served its motion to dismiss plaintiff's first amended complaint. ASC has received no opposition to its motion to dismiss, and accordingly, respectfully submits that it should be granted without leave to amend.

DATED: May 16, 2008

SEVERSON & WERSON
A Professional Corporation


By:  /s/ *Michael J. Steiner*
          Michael J. Steiner

Attorney for Defendant
AMERICA'S SERVICING COMPANY

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.