1  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
2  MAUREEN A. RODGERS (State Bar No. 245876)
   mar@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendant
7  AMERICA'S SERVICING COMPANY

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 | HILDA RAMOS VILLALPANDO, | Case No.: CV-07-5901 SI |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | Hearing Date:  May 30, 2008 |
|  | Time:           9:00 a.m. |
| AMERICA'S SERVICING COMPANY, | Dept.:           Courtroom 10, 19th Floor |
|  | Judge:          Susan Illston |
| Defendants. | Complaint Date: November 21, 2007 |
|  | Trial Date:     Not Set |

17     I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I

18 am employed in the City of San Francisco, California; my business address is Severson &

19 Werson, One Embarcadero Center, Suite 2600, San Francisco, CA  94111.

20     On the date below I served a copy, with all exhibits, of **DEFENDANTS' REPLY IN**

21 **SUPPORT OF ITS MOTION TO DISMISS FIRST AMENDED COMPLAINT** on all

22 interested parties in said case addressed as follows:

23 Hilda Ramos Villalpando
   920-922 Newgate Way
24 Dixon, CA  95620-2412

25     ✘ **(BY MAIL)**  By placing the envelope for collection and mailing following our

26 ordinary business practices.  I am readily familiar with the firm's practice of collecting and

27 processing correspondence for mailing.  On the same day that correspondence is placed for

28 collection and mailing, it is deposited in the ordinary course of business with the United States

- 1 -

1  Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

2  ¨ **(BY HAND)**  By placing the documents in an envelope or package addressed to the
3  persons listed above and providing them to a professional messenger service for delivery.

4  ¨ **(BY FEDERAL EXPRESS)**  By depositing copies of the above documents in a box or
5  other facility regularly maintained by Federal Express with delivery fees paid or provided for.

6  ¨ **(BY EXPRESS MAIL)**  By placing the above documents in the United States mail for
7  Express Mail delivery at One Embarcadero Center, Suite 2600, San Francisco, CA  94111, in a
8  sealed envelope addressed as above, with Express Mail postage thereon fully prepaid.

9  ¨ **(BY FAX)**  By use of facsimile machine telephone number (415) 956-0439, I faxed a
10  true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's
11  address.  The transmission was reported as complete and without error.

12  I declare under penalty of perjury under the laws of the United States of America that the
13  foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of
14  this Court at whose direction the service was made.  This declaration is executed in San
15  Francisco, California, on May 16, 2008.

17                  */s/ Sylvia Coleman*
                Sylvia Coleman

18
19  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

- 2 -

07725/0083/671538.1

Certificate of Service
Case No.:  CV-07-5901 SI