United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA RAMOS VILLALPANDO, | No. C 07-5901 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| AMERICA'S SERVICING COMPANY, *et al.*, | |
| Defendants. | |

Defendant's motion to dismiss the complaint without leave to amend is granted. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 27, 2008

SUSAN ILLSTON
United States District Judge